## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Terry Davis, et al.,

        Plaintiffs,

    v.                                       Civ. No. 20-1588 (JRT/JFD)

Ryan Miller, et al.,

        Defendants.

## STATEMENT THAT REDACTION OF DOCUMENTS IS IMPRACTICABLE

Exhibits 1-4 to the Declaration of Brian S. Carter in support of Defendants' Memorandum in Support of Motion for Summary Judgment were filed under seal.  Exhibit 1-2 are police reports that are also confidential in their entirety.  Exhibits 3-4 are body-worn camera video files which, in their entirety, are non-public under Minnesota law.  Minn. Stat. § 13.825.  Because the entirety of these files are non-public, redaction is impracticable, and Minneapolis has not filed a redacted versions.

Dated:  October 21, 2021           JAMES R. ROWADER, JR.
                                 City Attorney
                                 By

                                 */s/ Brian S. Carter*
                                 BRIAN S. CARTER
                                 Assistant City Attorney
                                 Attorney Reg No. 0390613

Room 210, City Hall
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2063
brian.carter@minneapolismn.gov
*Attorneys for Defendants*