# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Benedda Cotton, Terry Davis

        Plaintiff(s),

v.                                Case Number: 20-cv-1588 JRT/JFD

Ryan Miller, Brian Graupner

        Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiffs' Motion for Summary Judgment [Docket No. 27] is GRANTED;
2. Defendants' Motion for Summary Judgment [Docket No. 36] is DENIED.
3. The Parties' Joint Motion For Continued Sealing [Docket No. 51] is GRANTED in part and DENIED in part as follow:
a. The parties are instructed to file redacted versions of ECF Nos. 32-1, 32- 3, 32-5, 40, 41, and 48-1 omitting the information about third-party witnesses and the 911 caller;
b. ECF Nos. 32-1, 32-3, 32-5, 35, 35-1, 40, 41, and 48-1 shall remained sealed and restricted to party and court access for five years;
c. ECF Nos. 29, 32, 32-2, and 32-4, shall be unsealed.

Date: 8/8/2022                                                                                     KATE M. FOGARTY, CLERK