# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **Cotten**, et al., | Case No. 20-CV-1588 (JRT/JFD) |
| Plaintiffs, | **NOTICE OF WITHDRAWAL** |
| v. | **BY ATTORNEY** |
| **Miller**, et al., | |
| Defendants. | |

---

Notice is hereby given that Attorney Joshua Newville withdraws from the above-captioned case.

Dated:  October 11, 2022        **MADIA NEWVILLE LLC**

/s/Joshua A. Newville
Joshua A. Newville, MN # 395221
1850 IDS Center, 80 S 8th St
Minneapolis, Minnesota 55402
Telephone: 612-349-2729
newville@madianewville.com